IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-19876 |
| ) | CHAPTER 7 |
| KATHERINE S. BLATNER, ) | |
| Debtor(s). ) | JUDGE PAMELA HOLLIS |
| ) | (Joliet) |

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 9th day of January, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                */s/ Peter N. Metrou*
                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

| | | |
|---|---|---|
| Allied Interstate<br>Bankruptcy Department<br>3000 Corporate Exchange Dr.<br>5th Fl<br>Columbus, OH 43231-7689 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | BANK OF America<br>Attn: Bankruptcy Dept.<br>Pob 17054<br>Wilmington, DE 19884-0001 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Central LOAN Admin & R<br>Attn: Bankruptcy Dept.<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 |
| CHASE<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850-5298 | COMENITY BANK/Womnwthn<br>Attn: Bankruptcy Dept.<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Credit One Bank<br>Bankruptcy Department<br>PO Box 60500<br>City Of Industry, CA 91716-0500 |
| Creditors Interchange<br>Bankruptcy Dept<br>165 Lawrence Bell Drive<br>Suite 100<br>Williamsville, NY 14221-7900 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover FIN SVCS LLC<br>Attn: Bankruptcy Dept.<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Dreyer Medical Clinic SC<br>Bankruptcy Department<br>1870 West Galena Blvd<br>Aurora, IL 60506-4356 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX 75013-2002 |
| GE Capital Retail Bank<br>Bankruptcy Dept<br>170 Election Road, Suite 125<br>Draper, UT 84020-6425 | Gecrb/BLAINS FARM&FLEE<br>Attn: Bankruptcy Dept.<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Gecrb/JCP<br>Attn: Bankruptcy Dept.<br>Po Box 984100<br>El Paso, TX 79998 |
| Gecrb/PAYPAL EXTRAS MC<br>Attn: Bankruptcy Dept.<br>Po Box 981416<br>El Paso, TX 79998-1416 | Gecrb/SAMS CLUB DC<br>Attn: Bankruptcy Dept.<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gecrb/Walmart<br>Attn: Bankruptcy Dept.<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Joseph M D'Onofrio<br>Geraci Law L.L.C.<br>55 E Monroe St Suite #3400<br>Chicago, IL 60603-5920 | Katherine S Blatner<br>80 Hubbard Way<br>Montgomery, IL 60538-2411 | Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Leading Edge Recovery Solution<br>Bankruptcy Department<br>5440 N. Cumberland Ave., #300<br>Norridge, IL 60656-1486 | NCO Financial Systems, Inc<br>Bankruptcy Department<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 | Northland Group Inc.<br>Bankruptcy Department<br>PO Box 390905<br>Edina, MN 55439-0905 |

SERVICE LIST

| | | |
|---|---|---|
| Peter N Metrou<br>Metrou & Associates PC<br>123 W Washington St Suite 216<br>Oswego, IL 60543-1049 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive Financial Services<br>Bankruptcy Department<br>1209 4th Ave South Dept PRO<br>Nashville, TN 37210-4107 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Sears/CBNA<br>Attn: Bankruptcy Dept.<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19022-1023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | PayPal<br>Bankruptcy Department<br>PO Box 960080<br>Orlando, FL 32896-0080 |
| Orchard Bank<br>Attn: Bankruptcy Dept.<br>941 Corporate Center Dr.<br>Pomona, CA 91768-2642 | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KATHERINE S BLATNER § Case No. 13-19876
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on February 17, 2017 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2017                By: /s/ Peter N. Metrou
                                           Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                   §
                                         §
                                         §
KATHERINE S BLATNER                      §    Case No. 13-19876
                                         §
                                         §
        Debtor                           §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 75,000.00 |
| and approved disbursements of | $ 51,222.32 |
| leaving a balance on hand of[1] | $ 23,777.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| Trustee Expenses: Peter N. Metrou | $ 80.46 | $ 0.00 | $ 80.46 |
| Attorney for Trustee Fees: Vaziri Law LLC | $ 50,000.00 | $ 50,000.00 | $ 0.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 918.00 | $ 0.00 | $ 918.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,998.46 |
| Remaining Balance | $ 15,779.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,521.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 3,339.22 | $ 0.00 | $ 2,240.06 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,141.96 | $ 0.00 | $ 4,120.23 |
| 3 | DISCOVER BANK | $ 4,885.00 | $ 0.00 | $ 3,277.02 |
| 4 | CAPITAL ONE, N.A. | $ 2,798.17 | $ 0.00 | $ 1,877.11 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 6,357.45 | $ 0.00 | $ 4,264.80 |
| | Total to be paid to timely general unsecured creditors | | | $ 15,779.22 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.