# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KATHERINE S BLATNER | § | Case No. 13-19876 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 93,620.00                     Assets Exempt: 20,710.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 15,779.22     Claims Discharged
                                                Without Payment: 163,489.58

Total Expenses of Administration: 59,220.78

---

3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 109,335.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 59,220.78 | 59,220.78 | 59,220.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,767.00 | 23,521.80 | 23,521.80 | 15,779.22 |
| **TOTAL DISBURSEMENTS** | $ 183,102.00 | $ 82,742.58 | $ 82,742.58 | $ 75,000.00 |

4) This case was originally filed under chapter 7 on 05/11/2013 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2017                By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Discrimination Lawsuit Undisclosed | 1242-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Central LOAN Admin & R Attn: Bankruptcy Dept. 425 Phillips Blvd Ewing NJ 08618 | | 109,335.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 109,335.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| Peter N. Metrou | 2200-000 | NA | 80.46 | 80.46 | 80.46 |
| Associated Bank | 2600-000 | NA | 74.32 | 74.32 | 74.32 |
| Department of Treasury | 2810-000 | NA | 613.00 | 613.00 | 613.00 |
| Illinois Department of Revenue | 2820-000 | NA | 535.00 | 535.00 | 535.00 |
| Vaziri Law LLC | 3210-000 | NA | 50,000.00 | 50,000.00 | 50,000.00 |
| POPOWCER KATTEN | 3410-000 | NA | 918.00 | 918.00 | 918.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 59,220.78 | $ 59,220.78 | $ 59,220.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Allied Interstate Bankruptcy Department 3000 Corporate Exchange Dr. Columbus OH 43231 | | 0.00 | NA | NA | 0.00 |
| | 10 Dreyer Medical Clinic SC Bankruptcy Department 1870 West Galena Blvd Aurora IL 60507 | | 503.00 | NA | NA | 0.00 |
| | 11 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 12 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | GE Capital Retail Bank Bankruptcy Dept 170 Election Road, Suite 125 Draper UT 84020 | | 10,192.00 | NA | NA | 0.00 |
| 14 | Gecrb/BLAINS FARM&FLEE Attn: Bankruptcy Dept. 950 Forrer Blvd Kettering OH 45420 | | 2,771.00 | NA | NA | 0.00 |
| 15 | Gecrb/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | 1,659.00 | NA | NA | 0.00 |
| 16 | Gecrb/PAYPAL EXTRAS MC Attn: Bankruptcy Dept. Po Box 981416 El Paso TX 79998 | | 6,029.00 | NA | NA | 0.00 |
| 18 | Gecrb/Walmart Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 1,473.00 | NA | NA | 0.00 |
| 2 | BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | 834.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 20 Leading Edge Recovery Solution Bankruptcy Department 5440 N. Cumberland Ave., #300 Norridge IL 60656 | | 0.00 | NA | NA | 0.00 |
| | 21 NCO Financial Systems, Inc Bankruptcy Department 507 Prudential Rd. Horsham PA 19044 | | 381.00 | NA | NA | 0.00 |
| | 22 Northland Group Inc. Bankruptcy Department PO Box 390905 Edina MN 55439 | | 0.00 | NA | NA | 0.00 |
| | 23 Orchard Bank Attn: Bankruptcy Dept. 941 Corporate Center Dr. Pomona CA 91768-2642 | | 400.00 | NA | NA | 0.00 |
| | 24 PayPal Bankruptcy Department PO Box 960080 Orlando FL 32896 | | 5,724.00 | NA | NA | 0.00 |
| | 25 Portfolio Recovery Associates Bankruptcy Department PO Box 12914 Norfolk VA 23541 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 Progressive Financial Services Bankruptcy Department 1209 4th Ave South Dept PRO Nashville TN 37210 | | 0.00 | NA | NA | 0.00 |
| | 29 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 3 BANK OF America Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 1,408.00 | NA | NA | 0.00 |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,219.00 | NA | NA | 0.00 |
| | 5 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,411.00 | NA | NA | 0.00 |
| | 6 COMENITY BANK/Womnwthn Attn: Bankruptcy Dept. 4590 E Broad St Columbus OH 43213 | | 1,393.00 | NA | NA | 0.00 |
| | 7 Credit One Bank Bankruptcy Department PO Box 60500 City Of Industry CA 91716 | | 1,015.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Creditors Interchange Bankruptcy Dept 165 Lawrence Bell Drive Williamsville NY 14221 | | 0.00 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 6,141.00 | 6,141.96 | 6,141.96 | 4,120.23 |
| 4 | CAPITAL ONE, N.A. | 7100-000 | 2,798.00 | 2,798.17 | 2,798.17 | 1,877.11 |
| 3 | DISCOVER BANK | 7100-000 | 4,885.00 | 4,885.00 | 4,885.00 | 3,277.02 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 10,192.00 | 6,357.45 | 6,357.45 | 4,264.80 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 3,339.00 | 3,339.22 | 3,339.22 | 2,240.06 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 73,767.00 | $ 23,521.80 | $ 23,521.80 | $ 15,779.22 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-19876 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | KATHERINE S BLATNER | | | | Date Filed (f) or Converted (c): | 05/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 06/10/2013 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 05/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 80 HUBBARD WAY MONTGOMERY, IL 60538 - (DEBTORS PRI | 108,620.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH BANK OF MONTGOMERY | 1,800.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, CD'S, DVD'S, TAPES/RECORDS, FAMILY PICTURES | 20.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL. | 50.00 | 0.00 | | 0.00 | FA |
| 6. EARRINGS, WATCH, COSTUME JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 7. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMPT. | Unknown | N/A | | 0.00 | FA |
| 8. 2003 HYUNDAI SANTA FE | 2,790.00 | 0.00 | | 0.00 | FA |
| 9. FAMILY PETS/ANIMALS: DOG | 0.00 | 0.00 | | 0.00 | FA |
| 10. Discrimination Lawsuit Undisclosed         (u) | 0.00 | Unknown | | 75,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $114,330.00          $0.00          $75,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee reappointed on 2/2/2016.   Case re-opened for undisclosed Personal injury case 1/29/2016.  Motion to Employ Special Counsel approved by the court on 2/19/2016 see Dkt#24.  Settlement negotiations and formal mediation 5/5/2016.  Settlement approved by the court on 9/23/2016 see Dkt#28.  Motion to Employ Accountant granted on 8/12/2016 see Dkt#26.  TFR 12/28/2016 submitted.

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

RE PROP #    10   --   Case reopened to administer to undisclosed discrimination lawsuit. No exempt paid to Debtor as Debtor receive funds separate and apart per settlement for claims pertaining to exemption of debtor.

Exhibit 8

Initial Projected Date of Final Report (TFR): 02/01/2017      Current Projected Date of Final Report (TFR): 12/28/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-19876 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KATHERINE S BLATNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5736 |
| | Checking |
| Taxpayer ID No: XX-XXX4185 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/16 | 10 | Diocese of Rockford<br>Citibank NA<br>One Penn's Wat<br>New Castle, DE 19720 | Proceeds from Undisclosed PI Case<br>Per court order Dkt# 28 | 1242-000 | $75,000.00 | | $75,000.00 |
| 10/17/16 | 101 | Vaziri Law LLC<br>111 W. Washington St., Ste 1500<br>Chicago, IL 60602 | Attorneys fees<br>Special Counsel fees per dkt# 28 | 3210-000 | | $50,000.00 | $25,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.32 | $24,925.68 |
| 11/26/16 | 102 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield, il 62794-9053 | Final Estate Tax Return (State) | 2820-000 | | $535.00 | $24,390.68 |
| 11/26/16 | 103 | Department of Treasury<br>Internal Revenue Service Center<br>Cincinnati, OH 45999-0148 | Final Estate Tax Return (Federal) | 2810-000 | | $613.00 | $23,777.68 |
| 02/20/17 | 104 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $7,080.46 | $16,697.22 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($7,000.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($80.46) | 2200-000 | | | |
| 02/20/17 | 105 | POPOWCER KATTEN<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $918.00 | $15,779.22 |
| 02/20/17 | 106 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 1 representing a payment of 67.08 % per court order. | 7100-000 | | $2,240.06 | $13,539.16 |

Page Subtotals:   $75,000.00   $61,460.84

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-19876 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: KATHERINE S BLATNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5736 |
| | Checking |
| Taxpayer ID No: XX-XXX4185 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/17 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Final distribution to claim 2 representing a payment of 67.08 % per court order. | 7100-000 | | $4,120.23 | $9,418.93 |
| 02/20/17 | 108 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 3 representing a payment of 67.08 % per court order. | 7100-000 | | $3,277.02 | $6,141.91 |
| 02/20/17 | 109 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 4 representing a payment of 67.08 % per court order. | 7100-000 | | $1,877.11 | $4,264.80 |
| 02/20/17 | 110 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO GE CAPITAL RETAIL BANK<br>(SAM"S CLUB)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 5 representing a payment of 67.08 % per court order. | 7100-000 | | $4,264.80 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $75,000.00 | $75,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $75,000.00 | $75,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $75,000.00 | $75,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $13,539.16 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5736 - Checking | $75,000.00 | $75,000.00 | $0.00 |
| | $75,000.00 | $75,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,000.00 |
| Total Gross Receipts: | $75,000.00 |

Page Subtotals:   $0.00   $0.00